On March 1, 1991, this court remanded this cause to the circuit court with instructions to resentence the appellant because he had been improperly ordered to pay $250 to the Victims' Compensation Fund.
Pursuant to our order of remand, the circuit court has now conducted a hearing as directed and resentenced the appellant as follows:
 "4-2-91. Hearing was held this date from an appeal from the Court of Criminal Appeals. Defendant was re-sentenced. The Court having asked the Defendant if he had anything to say as to why sentence of law should not now be pronounced upon him, and the Defendant having his say, the Court sentenced the defendant to 1 year in the Montgomery County Detention Facility and to receive credit for time already served. Defendant upon being released is to be placed on LEVEL III Supervised Probation with the following conditions:
"1. Pay a fine of $250.00.
"2. Court costs.
"3. Attorney fees, including appeal.
"4. Take random drug screens.
 "5. Make monthly payments of $15.00 on the 1st of each month.
"6. Have no further contact with the victim.
 "No payment to the Victims Compensation Fund and no restitution."
 "/s/ Eugene W. Reese "Circuit Judge"
In view of the above, this court is of the opinion that this cause is due to be, and the same is hereby, affirmed.
AFFIRMED.
All the Judges concur. *Page 966